NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERLENE L. PARKER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5139

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-073, Judge Marian Blank Horn.

---

**ON MOTION**

---

## ORDER

Verlene L. Parker moves for an extension of time to file her brief and submits her informal brief.  Parker also moves for leave to proceed in forma pauperis.

The court notes that Parker's informal brief was timely filed.  Thus, the request for an extension is unnecessary.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for an extension of time is denied as moot. Parker's informal brief is accepted for filing.

(3) The United States should calculate its brief due date from the date of filing of this order.

For The Court

__AUG 2 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Verlene L. Parker
Lane M. McFadden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK